```
                                    FILED
                                 07 SEP 19 PM 3:04
                                 CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA

                              BY:      PPL
                                                   DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   '07 CR 2610 BTM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine and Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine and Methamphetamine with Intent to Distribute |
| ARMANDO SANCHEZ RIOS, | ) | |
| Defendant. | ) | |

The grand jury charges:

Count 1

On or about September 7, 2007, within the Southern District of California, defendant ARMANDO SANCHEZ RIOS did knowingly and intentionally import 5 kilograms and more, to wit: approximately 11.16 kilograms (24.55 pounds) of cocaine, and 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 6.22 kilograms (13.68 pounds) of methamphetamine, both Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

PJM:fer:Imperial
9/13/07

Count 2

On or about September 7, 2007, within the Southern District of California, defendant ARMANDO SANCHEZ RIOS did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 11.16 kilograms (24.55 pounds) of cocaine and 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 6.22 kilograms (13.68 pounds) of methamphetamine, both Schedule II Controlled Substances; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: September 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
PETER J. MAZZA
Assistant U.S. Attorney

2